IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 AUG -9 P 3: 45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| BELINDA GAIL BROWN, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 3:06cv710 |
| LIBERTY MUTUAL INSURANCE COMPANY, et al, | * | |
| Defendants. | * | |

### DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges to evaluate possible disqualification or recusal, the undersigned counsel for Liberty Mutual Insurance Company in the above-captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said parties that have issued shares or debt securities to the public, and there are no individuals or entities owning greater than 10% of company stock.

Respectfully submitted this 9th day of August, 2006.

Richard B. Garrett
Bar Number: (ASB-0782-A29R)

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone: 334/206-3100
Fax: 334/263-4157
E-mail:     rbg@rsjg.com

**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that that I have served a copy of the foregoing upon:

Stephen D. Heninger, Esquire
Heninger Garrison Davis, LLC
P. O. Box 11310
Birmingham, Alabama 35202

by placing same in the United States mail, postage prepaid, this the 9th day of August, 2006.

*Richard B Garrett*
OF COUNSEL