**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

August 16, 2006

## NOTICE OF REASSIGNMENT

RE:   Belinda Gail Brown v. Liberty Mutual Ins. Co.
      Civil Action No. 3:06cv00710-DRB

The above-styled case has been reassigned to District Judge Myron H. Thompson. Please note that the case number is now 3:06cv00710-MHT. This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk