IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **BELINDA GAIL BROWN,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   Case No. 3:06cv00710-MHT |
| | * |
| **LIBERTY MUTUAL INSURANCE** | * |
| **COMPANY, et al,** | * |
| | * |
| **Defendants.** | * |

## REPORT OF THE PARTIES' PLANNING MEETING

1. <u>Appearances</u>: Pursuant to Fed.R.Civ.P. 26(f), a conference of the parties' representatives was conducted on August 29, 2006, with the following appearances of counsel:

    a. Appearing on behalf of Plaintiff:

    Stephen Heninger

    b. Appearing on behalf of Defendants:

    Richard B. Garrett

2. <u>Parties</u>

    a. The Plaintiff shall have until December 29, 2006, to join any additional parties.

    b. The Defendants shall have until December 29, 2006, to join any additional parties.

3. <u>Pleadings</u>:

    a. The Plaintiff shall have until December 29, 2006, to amend the pleadings.

      b.      The Defendants shall have until December 29, 2006, to amend the pleadings.

4. <u>Dispositive Motions</u>:

All potentially dispositive motions must be filed by February 25, 2007.

5. <u>Expert Testimony</u>:

Unless modified by stipulation of the parties, the disclosure of expert witnesses – including a complete report under Fed.R.Civ.P. 26(a)(2)(B) from any specially retained or employed expert are due:

      a.      From the Plaintiff:   March 15, 2007.

      b.      From the Defendants: April 15, 2007.

6. <u>Discovery Limitations and Cutoffs</u>:

      a.      Unless modified by stipulation of the parties:

**Depositions**: Maximum of 10 depositions for the Plaintiff and 10 depositions for the Defendant with a maximum time limit of 4 hours per deposition, unless extended by agreement of the parties. Parties may petition the Court for an enlargement of the number of allowable depositions.

**Interrogatories**: Maximum of 40 by each party, with responses due within 30 days after service.

**Request for Admission**: Maximum of 30 by each party, with responses due within 30 days after service.

**Request for Production**: Maximum of 40 by each party, with responses due within 30 days after service.

            **Supplementation**: Supplements under Rule 26(e), Fed.R.Civ.P. are due 30 days before the close of discovery.

    b.    Pre-discovery disclosure: The parties shall exchange the information required by Local Rule 26.1(a)(1) by October 15<u>, 2006.</u>

    c.    Unless modified by Court order for good cause shown, all discovery must be commenced in time to be completed by <u>April 30, 2007</u>.

7.    <u>Pre-trial conference</u>:

This case will be ready for pretrial conference May 17, 2007.

8.    <u>Trial</u>:

This case will be ready for trial in June, 2007.

Trial is expected to last 3 days.

9.    <u>Final Lists</u>:

Final lists of trial witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) must be served and filed:

    a.    By the Plaintiff:    30 days before trial

    b.    By the Defendants:    20 days before trial

Objections are to be filed within 14 days after receipt of final lists.

10.    <u>Scheduling Conference</u>:

The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

11.    <u>Settlement</u>: May be enhanced by use of the following alternative dispute resolution procedure: Mediation.

                                      <u>s/Stephen D. Heninger</u>
                                      Stephen D. Heninger (ASB HEN-007)

                                      **Attorney for Plaintiff**

OF COUNSEL:

HENINGER GARRISON DAVIS, LLC
P. O. Box 11310
Birmingham, Alabama 35202
Telephone:  (205) 326-3336
Facsimile:    (205) 326-3332

                                      <u>s/Richard B. Garrett</u>
                                      Richard B. Garrett (ASB-0782-A29R)

                                      **Attorney for Defendants.**

RUSHTON, STAKELY, JOHNSTON
      & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone:  334/206-3100
Fax:  334/263-4157
E-mail: rbg@rsjg.com