IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BELINDA GAIL BROWN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv710-MHT |
| ) | |
| LIBERTY MUTUAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
|    Defendant. ) | |

### ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 10) is set for submission, without oral argument, on May 24, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 8th day of May, 2007.

                                           /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE