IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BELINDA GAIL BROWN,                    )
                                       )
            PLAINTIFF,                  )
                                       )
VS.                                    )       CIVIL ACTION: 3:06cv00710-MHT
                                       )
LIBERTY MUTUAL INSURANCE               )
COMPANY, et al.,                       )
                                       )
            DEFENDANTS.                 )

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR
RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff in the above styled cause and moves this Court for an extension of fourteen (14) days for response to the Motion for Summary Judgment filed by Defendant.  Plaintiff shows unto the Court that Defendant has not yet produced documents requested from the files of Plaintiff.  Plaintiff has been assured that these documents are on their way.  These documents are essential for a response to this Motion and counsel for the Defendant has consented to the extension.

WHEREFORE, Plaintiff prays that the Court will give a fourteen (14) day extension for response to this Motion.

s/Stephen D. Heninger
Stephen D. Heninger
Attorney for: Plaintiff
Heninger Garrison Davis, LLC
P. O. Box 11310
Birmingham, Alabama 35202
Telephone:    205.326.3336
Facsimile:    205.326.3332
E-mail:       Steve@hgdlawfirm.com
[ASB5227E68S]

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard B. Garrett, Esq.
RUSHTON, STAKELY, JOHNSTON
 & GARRETT, P.A.
P. O. Box 270
Montgomery, Alabama 36101-0270
Telephone:     334.206.3100
Facsimile:     334.263.4157
E-Mail:          rbg@rsjg.com

s/Stephen D. Heninger
Stephen D. Heninger [ASB5227E68S]

-2-