IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

BELINDA GAIL BROWN,                )
                                   )
    Plaintiff,                     )
                                   )
                                   )    CIVIL ACTION NO.
    v.                             )    3:06cv710-MHT
                                   )
LIBERTY MUTUAL INSURANCE           )
COMPANY,                           )
                                   )
    Defendant.                     )

## ORDER

It is ORDERED as follows:

(1) The motion for extension of time (Doc. No. 12) is granted.

(2) The motion for summary judgment (Doc. No. 10) is reset for submission, without oral argument, on June 7, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 18th day of May, 2007.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE