IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **BELINDA GAIL BROWN,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No. 3:06cv00710-MHT |
| | * |
| **LIBERTY MUTUAL INSURANCE** | * |
| **COMPANY, et al,** | * |
| | * |
| Defendants. | * |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Come now the parties hereto and notify the Court that they have conferred about settlement of this matter but have been unable to reach a settlement of this case. The attorneys for both parties feel that mediation might be beneficial in reaching a settlement and will be wiling to have a judicial officer as a mediator.

S/Stephen D. Heninger
Stephen D. Heninger (ASB 5228E68S)

HENINGER GARRISON DAVIS, LLC
P. O. Box 11310
Birmingham, AL 35202
Tel: 205-326-3336

**Attorney for Plaintiff**


s/Richard B. Garrett
Richard B. Garrett (ASB-0782-A29R)

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.

Post Office box 270  
Montgomery, Alabama 36101-0270  
Telephone:  334/206-3100  

**Attorney for Defendant**