IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **BELINDA GAIL BROWN,** | \* |
| **Plaintiff,** | \* |
| v. | \*    Case No. 3:06cv00710-MHT |
| **LIBERTY MUTUAL INSURANCE COMPANY, et al,** | \* |
| **Defendants.** | \* |

## MOTION TO CONTINUE PRE-TRIAL AND TRIAL

Come now the undersigned counsel and respectfully show unto the Court that they have another case which they are jointly engaged in litigating which is pending in the Southern District of Alabama, (*Valerie Davis v. Liberty Mutual Insurance Company*, Cv 06-452-BH-B). The *Davis* case has been scheduled for the same Pre-Trial date, August 8, and same Trial date, as this case.

The parties jointly would respectfully request that this Court move the Pre-trial and Trial of the underlying case to the next civil docket.

The parties further show unto the Court that this case has never been continued before.

S/Stephen D. Heninger

Stephen D. Heninger (ASB 5228E68S)

HENINGER GARRISON DAVIS, LLC
P. O. Box 11310
Birmingham, AL 35202
Tel: 205-326-3336

**Attorney for Plaintiff**

s/Richard B. Garrett
Richard B. Garrett (ASB-0782-A29R)

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone:  334/206-3100

**Attorney for Defendant**