IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **BELINDA GAIL BROWN,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   Case No. 3:06cv00710-MHT |
| | * |
| **LIBERTY MUTUAL INSURANCE** | * |
| **COMPANY, et al,** | * |
| | * |
| **Defendants.** | * |

## NOTICE RE MEDIATION

Come now the parties hereto and notify the Court that they are willing to use a private mediator and are in the process of trying to schedule a private mediation for August 7.

S/Stephen D. Heninger
Stephen D. Heninger (ASB 5228E68S)

HENINGER GARRISON DAVIS, LLC
P. O. Box 11310
Birmingham, AL 35202
Tel: 205-326-3336

**Attorney for Plaintiff**


s/Richard B. Garrett
Richard B. Garrett (ASB-0782-A29R)

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone: 334/206-3100

**Attorney for Defendant**
