IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| BELINDA GAIL BROWN, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:06cv710-MHT |
| | ) | |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the motion to continue pretrial and trial (Doc. No. 17) is denied. The pretrial has been rescheduled, and the court will make sure that the trial of this case does not conflict with the trial of <u>Valerie Davis v. Liberty Mutual Insurance Company</u>, Cv 06-452-BH-B.

DONE, this the 8th day of June, 2007.

                              /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**