IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BELINDA GAIL BROWN,  ) | |
|     PLAINTIFF,  ) | |
| ) | |
| VS.  ) | CIVIL ACTION: 3:06cv00710-MHT |
| ) | |
| LIBERTY MUTUAL INSURANCE  ) | |
| COMPANY, et al.,  ) | |
|     DEFENDANTS.  ) | |

## PLAINTIFF'S EXHIBIT LIST

COMES NOW the Plaintiff, and hereby lists the exhibits which may be presented for use at the trial of this case:

1. Any and all records contained in Liberty Mutual Insurance Company's file regarding Belinda Brown.

2. Worker's Compensation agreement of May 23, 1995.

3. Plaintiff's Independent Medical Examination on August 5, 2003

4. Any and all documents contained in INTRACORP's Medical Claims File Review Department.

5. Medical of Belinda Brown from Dr. Efrim C. Moore.

6. Medical records of Belinda Brown from J. Scott Richards, Ph.D., ABPP.

7. Medical records of Belinda Brown from Dr. Pamela E. Parker.

8. Medical records of Belinda Brown from Dr. Donald S. Orr.

9. Medical records of Belinda Brown from Dr. Daniel H. Serrato.

10. Medical records of Belinda Brown from Robert J. Barth, Ph.D.

11. Medical records of Belinda Brown from Dr. David William Johnson, D.C.

12. Any and all depositions, and exhibits attached thereto, which have been taken in this case.

13. Any and all photographs, video, or other depictions of Belinda Brown.

14. Any and all pleadings in this case.

15. Any and all responses to Plaintiff's discovery requests by Defendant, including all documents referred to in Defendant's Answers to Plaintiff's Request For Production.

16. Any documents to be used for rebuttal or impeachment.

17. Any exhibit listed by any other party.

18. Blowups or enlargements of any exhibits that have been identified.


s/Stephen D. Heninger
Stephen D. Heninger [ASB5227E68S]
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
E-Mail: sheninger@hgdlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard B. Garrett, Esq.
RUSHTON, STAKELY, JOHNSTON
 & GARRETT, P.A.
P. O. Box 270
Montgomery, Alabama 36101-0270
Telephone: 334.206.3100
Facsimile: 334.263.4157
E-Mail: rbg@rsjg.com

  And I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

          s/ Stephen D. Heninger
          Stephen D. Heninger
          HENINGER GARRISON DAVIS, LLC
          2224 First Avenue North
          Birmingham, Alabama 35203
          Telephone: (205) 326-3336
          Facsimile: (205) 326-3332
          E-Mail: sheninger@hgdlawfirm.com