IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BELINDA GAIL BROWN, )<br>    PLAINTIFF, )<br>)<br>VS. )<br>)<br>LIBERTY MUTUAL INSURANCE )<br>COMPANY, et al., )<br>    DEFENDANTS. ) | CIVIL ACTION: 3:06cv00710-MHT |

## PLAINTIFF'S WITNESS LIST

COMES NOW the Plaintiff, and hereby lists the witnesses which may be called to testify at the trial of this case:

1. Belinda Gail Brown
   118 Peddlebrook Way
   Temple, Georgia 30179
   (770) 562-2862

2. Corporate Representative of Liberty Mutual Insurance Company
   5301 Virginia Way Suite 200
   P. O. Box 300
   Brentwood, Tennessee 37027
   (800) 523-6906

3. Michelle Coonce
   c/o Liberty Mutual Insurance Company
   5301 Virginia Way Suite 200
   P. O. Box 300
   Brentwood, Tennessee 37027
   (800) 523-6906

4. Vacova M Berryhill
   c/o Liberty Mutual Insurance Company
   5301 Virginia Way Suite 200
   P. O. Box 300
   Brentwood, Tennessee 37027
   (800) 523-6906

5. Shane Jackson
   c/o Liberty Mutual Insurance Company
   5301 Virginia Way Suite 200
   P. O. Box 300
   Brentwood, Tennessee 37027
   (800) 523-6906

6. Wayne Clemons
   c/o Liberty Mutual Insurance Company
   5301 Virginia Way Suite 200
   P. O. Box 300
   Brentwood, Tennessee 37027
   (800) 523-6906

7. Bob Shouse, II
   c/o Liberty Mutual Insurance Company
   5301 Virginia Way Suite 200
   P. O. Box 300
   Brentwood, Tennessee 37027
   (800) 523-6906

8. Donna Minton, RN
   c/o Liberty Mutual Insurance Company
   5301 Virginia Way Suite 200
   P. O. Box 300
   Brentwood, Tennessee 37027
   (800) 523-6906

9.  Paula Provost, LVN
    c/o INTRACORP
    Medical Claims File Review Department
    4100 International Parkway, Ste 1010
    Carrollton, Texas 75007
    (800) 237-0377

10. David William Johnson, D.C., MD.
    c/o INTRACORP
    Medical Claims File Review Department
    4100 International Parkway, Ste 1010
    Carrollton, Texas 75007
    (800) 237-0377

11. Representative of Hurley Manufacturing, Inc.
    Rt. 2, Box 20-A
    Wedowee, Alabama 36278

12. Representative of Alabama Department of Industrial Relations
    649 Monroe Street
    Montgomery, Alabama 36131
    (334) 353-0990

13. Dr. Efrim C. Moore
    North Georgia Pain Clinic
    1320 Oakside Drive, Suite 203
    Canton, Georgia 30114
    (770) 479-2322

14. J. Scott Richards, Ph.D., ABPP
    UAB University Hospital
    619 19th Street S
    Birmingham, Alabama 35294
    (205) 934-3454

15. Pamela E. Parker, MD
    201 Corporate Center
    2700 Rogers Drive
    Birmingham, Alabama 35209
    (205) 414-6097

16. Rex R. Harris, MD
    2600 10th Ave So, Ste 107
    Birmingham, AL 35255
    (205) 933-5960

17. Donald S. Orr, MD
    550 Peachtree St NE, Ste 1215
    Atlanta, Georgia 30308-2237
    (404) 659-9444

18. Daniel H. Serrato, MD
    Columbus Pain Center, P.C.
    7141 Moon Road # A
    Columbus, Georgia 31909
    (706) 322-7246

19. Robert J. Barth, Ph.D.
    Southeastern NeuroScience, P.C.
    2339 McCallie Avenue #202
    Chattanooga, Tennesse 37404
    (423) 624-2000

20. Any and all person(s) whose deposition has been taken in this case.

21. Any and all witness(es) listed by any other party.

22. Any and all medical provider(s) involved in the care of Belinda Brown.

23. Any and all person(s) necessary to authenticate documents, records, or other tangible items or evidence presented at trial.

24. Any and all witness(es) listed by any Defendant.

25. Any and all witness(es) necessary for rebuttal or impeachment purposes.

26. Any and all expert(s) listed by the defendants.

27. Any and all witness(es) who were disclosed during discovery in this case.

                                                                    s/Stephen D. Heninger  
                                              Stephen D. Heninger [ASB5227E68S]  
                                              HENINGER GARRISON DAVIS, LLC  
                                              2224 First Avenue North  
                                              Birmingham, Alabama 35203  
                                              Telephone:  (205) 326-3336  
                                              Facsimile:   (205) 326-3332  
                                              E-Mail:       sheninger@hgdlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard B. Garrett, Esq.  
RUSHTON, STAKELY, JOHNSTON  
 & GARRETT, P.A.  
P. O. Box 270  
Montgomery, Alabama 36101-0270  
Telephone:  334.206.3100  
Facsimile:   334.263.4157  
E-Mail:       rbg@rsjg.com

And I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

                                                <u>s/ Stephen D. Heninger</u>
Stephen D. Heninger
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 326-3336
Facsimile:   (205) 326-3332
E-Mail:       sheninger@hgdlawfirm.com